# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **CHEMIKA SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-cv-00061 |
| ) | |
| **EMCOR FACILITIES SERVICES, INC.,** ) | Hon. David J. Hale |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

Comes now the Plaintiff, Chemika Smith, and the Defendant, Emcor Facilities Services, Inc, by and through counsel, in this matter, each by their respective counsel, and hereby advise the Court that all claims asserted in the above-referenced litigation have been tentatively settled. An Agreed Order of Dismissal, dismissing all claims with prejudice, will be tendered once the Settlement Agreement is finalized.

This the 3rd day of May, 2023.

Respectfully submitted,

/s/ Robert L. Thompson (with permission)
THOMPSON LEGAL, LLC
10529 Timberwood Circle, Unit B
Louisville, KY  40223
Telephone: (502) 366-2121
Facsimile: (502) 438- 9999
Robert@RthompsonLegal.com

Counsel for Plaintiff

/s/ LaToi D. Mayo
LaToi D. Mayo
Jessica N. Wimsatt
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Suite 1720
Lexington, KY  40507
Telephone: 859.317.7970
Facsimile: 859.259.0067
lmayo@littler.com
jwimsatt@littler.com

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this the 3rd day of May, 2023, a true and accurate copy of the foregoing has been filed electronically with the Clerk of the Court, which will serve a copy of the filing on all parties. Because all counsel are registered e-filers, no postal-mail service is required.

              _/s/ LaToi D. Mayo_
              *Counsel for Defendant*