UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHEMIKA SMITH,                                                      Plaintiff,

v.                                            Civil Action No. 3:23-cv-61-DJH

EMCOR FACILITIES SERVICES INC.,                                    Defendant.

* * * * *

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 6)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

May 17, 2023

David J. Hale, Judge
United States District Court

1